AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-0860

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sparta Nutrition, LLC c/o Murtaza A. Khawaja or Mustafa Khawaja, Registered Agent**
was received by me on *(date)* **3/1/2018** **39 Rosenbrook Drive, Lincoln Park, NJ 07035**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Mustafa Khawaja**, who is designated by law to accept service of process on behalf of *(name of organization)* **Sparta Nutrition, LLC** on *(date)* **3/5/2018 @ 6:50 PM**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Approximate description of Recipient: Indian Male, Age 30s, black hair, brown eyes, Weight 130 lbs, Height 5'9.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3/9/2018**

*Server's signature*

Anabela Pinto, Process Server
*Printed name and title*

Po Box 25066, Newark, NJ 07102
*Server's address*

[Notary stamp: Alexander Vays, Esq. Notary Public State of New Jersey New Jersey Attorney ID 008072014]

Additional information regarding attempted service, etc:

Documents to be served:
1) Summons in a Civil Action; 2) Complaint; 3) Exhibits; 4) Civil Cover Sheet

WE SERVE NJ LLC, PO BOX 25066, NEWARK, NJ 07102

[Print] [Save As...] [Reset]