IN THE UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SPARTA NUTRITION, LLC, a Florida Limited Liability Company,<br><br>    Defendant. | Case No. 1:18-cv-00860-MHC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Comes now, Plaintiff Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), by and through the undersigned counsel, and hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Hi-Tech voluntarily dismisses its claims against Defendant Sparta Nutrition, LLC without prejudice.

This 6th day of August, 2018.

                                                                       *S/C.L. Parker*
                                                                       Arthur W. Leach
                                                                       Georgia Bar No. 442025
                                                                       C.L. Parker
                                                                       Georgia Bar No. 722011
                                                                       *Counsel for Hi-Tech*
                                                                       *Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Fax: 678-624-9852
Art@ArthurWLeach.com
CL@clparkerllc.com